1 **CAROL ANN MOSES  #164193**
Attorney at Law
2 575 East Alluvial, Ste. 105
Fresno, California  93720
3 Telephone:  (559) 449-9069
4 Facsimile:    (559) 513-8530

5 Attorney for Defendant, Ronald Ditlevson

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10

| UNITED STATES OF AMERICA, | CASE NO.  1:14-mj-00018-BAM |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO CONTINUE PRELIMINARY HEARING TO FEBRUARY 18, 2014;  ORDER THEREON** |
| RONALD DITLEVSON, | |
| Defendant. | |

**IT IS HEREBY STIPULATED** by and between the parties hereto, and through their respective attorneys of record herein, that the Preliminary Hearing in the above captioned matter set for February 14, 2014, **be continued to February 18, 2014, at 1:30 P.M appearing before the Honorable Gary S. Austin.**

///

///

///

///

///

///

///

///

1

The parties agree to waive the time by which a preliminary hearing must be held and that the delay resulting from the continuance shall be excluded in the interests of justice, including but not limited to, the need for the period of time set forth herein for further defense preparation pursuant to 18 U.S.C. § 3161(h)(7)((A) and (B).

Dated:  February 6, 2014                      /S/ Carol Ann Moses
                                              CAROL ANN MOSES
                                              Attorney for Defendant,
                                              RONALD DITLEVSON

                                              BENJAMIN B. WAGNER
                                              United States Attorney

Dated:  February 6, 2014                      /s/ Kathleen Servatius
                                              KATHLEEN SERVATIUS
                                              Assistant United States Attorney

ORDER

**IT IS SO ORDERED that Preliminary** for February 14, 2014 at 1:30 p.m. before Judge McAuliffe, is continued to **February 18, 2014, at 1:30 P.M before the Honorable Gary S. Austin.  P**arties agree to waive the **time** by which a preliminary hearing be held  and Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161(h)(7)(A)(B).

Dated**:    Feburary 6, 2014**                /s/ Barbara A. McAuliffe
                                              UNITED STATES MAGISTRATE JUDGE